Jeff P. Prostok
State Bar No. 16352500
Emily S. Chou
State Bar No. 24006997
**VARTABEDIAN HESTER & HAYNES LLP**
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Tel: 817-214-4990
Email:  jeff.prostok@vhh.law
        emily.chou@vhh.law

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR-IN-POSSESSION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| _____ § | | |
| In re: | § | Chapter 11 |
| | § | |
| DAV SUB, Inc., d/b/a Continuum Health | § | Case No. 25-40968-elm11 |
| Technologies, Corp., | § | |
| | § | |
| Debtor. | § | |
| _____ | | |

**<u>GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES</u>**

**These Global Notes (the "Global Notes") regarding the Schedules of DAV SUB, Inc., d/b/a Continuum Health Technologies, Corp. (the "Debtor") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.**

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "Schedules") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by personnel of the Debtor with the assistance of its advisors.  The Global Notes pertain to all of the Schedules.  The Schedules are unaudited.

While the Debtor's management has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules. Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate.  Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Agreements Subject to Confidentiality**.  There may be instances within the Schedules where names, addresses or amounts have been left blank.  Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality, business trade secrets / proprietary information, or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment**.  While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

**Basis of Presentation**.  While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

**Causes of Action**.  The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules.  The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

**Claims Description**.  Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that

such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to dispute any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."  The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets**.  It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets.  Accordingly, certain values are stated as "unknown" at this time.

**Date**.  Unless otherwise indicated, the values reflected on the Schedules are as of March 20, 2025 (the "Petition Date").

**Estimates**.  The preparation of the Schedules required the Debtor to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities.  Actual results could differ from those estimates.

**Insiders**.  Persons and entities listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved.  Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.  The Debtor presumes that persons who are not corporate officers of the Debtor are not "officers" for purposes of determining insider status, regardless of job title.

**Liabilities Generally**.  Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time.  In such cases, the amounts may be listed as "Unknown" or "Undetermined."  As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Executory Contracts**.  Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor reserves all rights to challenge whether any of the listed contracts, agreements, leases or other documents constitute an executory contract or unexpired lease.  Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission.

**Totals**.  All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records at the time of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

* * *

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

Fill in this information to identify the case:

Debtor Name **DAV SUB, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known): **25-40968-elm11**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Silicon Valley Bank** | **Checking account** | **4  8  2  5** | **$9,945.00** |

4. **Other cash equivalents** *(Identify all)*

4.1 _____

4.2 _____

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$9,945.00** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____

Debtor      **DAV SUB, Inc.**
_____

Name                                                        Case number *(if known)* __25-40968-elm11__

---

7.2 _____      _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____      _____

   8.2 _____      _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                    [_____]

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                 **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   $197,156.01   -   $197,156.01   =.....➡   $197,156.01
    
       face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:      $57,804.19   -   $13,104.55    =.....➡   $44,699.64
    
       face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      [__$241,855.65__]

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                  **Valuation method used for current value** | **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____      _____   _____

    14.2 _____      _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1 _____   _____   _____   _____

    15.2 _____   _____   _____   _____

---

Debtor   **DAV SUB, Inc.**
_____      Case number _(if known)_ __25-40968-elm11__
Name

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____      _____      _____

16.2 _____      _____      _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.      [_____]

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **DAV SUB, Inc.**                             Case number *(if known)* **25-40968-elm11**
         Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☑ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

  Add lines 28 through 32. Copy the total to line 85.                        _____

34. **Is the debtor a member of an agricultural cooperative?**

  ☑ No

  ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

  ☑ No

  ☐ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

  ☑ No

  ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

  ☑ No

  ☐ Yes

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No. Go to Part 8.

  ☑ Yes. Fill in the information below.

---

Debtor   **DAV SUB, Inc.**

Name

Case number *(if known)* **25-40968-elm11**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See attached Addendum 1 | **unknown** | | **$18,200.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $18,200.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor    **DAV SUB, Inc.**
_____
Name

Case number *(if known)* **25-40968-elm11**
_____

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____    _____  _____  _____

48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

49.1 _____    _____  _____  _____

49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____    _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Debtor    **DAV SUB, Inc.**
_____
Name

Case number *(if known)*  **25-40968-elm11**

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| See attached Addendum 2 | unknown | | unknown |
| 61. **Internet domain names and websites** | | | |
| See attached Addendum 3 | unknown | | unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |
| 66. **Total of Part 10** Add lines 60 through 65. Copy the total to line 89. | | | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor   **DAV SUB, Inc.**
_____
Name

Case number *(if known)* **25-40968-elm11**
_____

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   _____

Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

**73.** **Interests in insurance policies or annuities**

_____   _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

Nature of claim   _____

Amount requested   _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Counterclaim against Jennifer Sethre   **unknown**
_____

Nature of claim   Breach of fiduciary duty
_____

Amount requested   unknown
_____

**76.** **Trusts, equitable or future interests in property**

_____   _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.   _____

---

Debtor   **DAV SUB, Inc.**
_____   Case number *(if known)* **25-40968-elm11**
Name

---

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $9,945.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $241,855.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................... ➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $270,000.65 | + 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................................................... | | $270,000.65 |

**Addendum 1**

Laptops & Desktops

| Machine name | Manufacturer | Model# | Est. Value |
|---|---|---|---|
| CHTRB | Dell | 5709 | $ 1,000.00 |
| CHTGR | Dell | 5709 | $ 1,000.00 |
| CHTSC | Dell | 5709 | $ 1,000.00 |
| CHTDC | Dell | 5709 | $ 1,000.00 |
| CHTMB | Dell | 5709 | $ 1,000.00 |
| CHTBU | Lenovo | T440s | $ 1,000.00 |
| CHTPO | Dell | 5579 | $ 1,000.00 |
| CareaSC | Razer | Rz09-0410BEA2 | $ 1,000.00 |
| CareaDC | Razer | Rz09-0410BEA2 | $ 1,000.00 |
| CareaRB | Razer | Rz09-0410BEA2 | $ 1,000.00 |
| CareaJD | Apple | A2442 | $ 1,000.00 |
| CareaMBH | Razer | RZ09-0427EE23 | $ 1,000.00 |
| CareaAK | Apple | A2442 | $ 1,000.00 |
| CareaRBurns | Microsoft | 1979 | $ 1,000.00 |
| CHTAW | Microsoft | 1979 | $ 1,000.00 |
| nas-phx-01 | Synology | DS723+ | $ 800.00 |
| nas-atl-01 | Synology | DS923+ | $ 800.00 |
| nas-lvg-01 | Synology | DS723+ | $ 800.00 |
| nas-mhtn-01 | Synology | DS723+ | $ 800.00 |

**ISSUED PATENTS**:

**9,959,385** (MESSAGING WITHIN A MULTIACCESS HEALTH CARE PROVIDER PORTAL)
Issue Date  01-May-2018
Expiration Date  13-Feb-2034

**10,255,622** (STATISTICAL FINANCIAL SYSTEM AND METHOD TO VALUE PATIENT VISITS TO HEALTHCARE PROVIDER ORGANIZATIONS FOR FOLLOW UP PRIORITIZATION)
Issue Date  09-Apr-2019
Expiration Date  31-Oct-2032

**11,354,623** (REMOTELY DIAGNOSING CONDITIONS AND PROVIDING PRESCRIPTIONS USING A MULTI-ACCESS HEALTH CARE PROVIDER PORTAL)

Issue Date  07-Jun-2022
Expiration Date  28-Apr-2034

**11,455,597** (REMOTELY DIAGNOSING CONDITIONS AND PROVIDING PRESCRIPTIONS USING A MULTI-ACCESS HEALTH CARE PROVIDER PORTAL)

Issue Date  27-Sep-2022
Expiration Date  08-Aug-2035

**11,568,452** (STATISTICAL FINANCIAL SYSTEM AND METHOD TO VALUE PATIENT VISITS TO HEALTHCARE PROVIDER ORGANIZATIONS FOR FOLLOW UP PRIORITIZATION)

Issue Date  31-Jan-2023
Expiration Date  27-May-2040

**PENDING US PATENT APPLICATIONS**:

**16/888,143** (SYSTEM AND METHOD FOR CROSS-AUTHENTICATION OF MEDICAL DATABASES FOR VERIFICATION OF ELECTRONIC HEALTH RECORDS INFORMATION)

Application Date  29-May-2020

**17/029,972** (INTEGRATED CONTACT TRACING PLATFORM)

Application Date  23-Sep-2020

**17/903,694** (REMOTELY DIAGNOSING CONDITIONS AND PROVIDING PRESCRIPTIONS USING A MULTI-ACCESS HEALTH CARE PROVIDER PORTAL)

Application Date  06-Sep-2022

**18/161,683** (STATISTICAL FINANCIAL SYSTEM AND METHOD TO VALUE PATIENT VISITS TO HEALTHCARE PROVIDER ORGANIZATIONS FOR FOLLOW UP PRIORITIZATION)

Application Date  30-Jan-2023

**PENDING CANADIAN PATENT APPLICATION**:

**3104320** (SYSTEM AND METHOD FOR CROSS-AUTHENTICATION OF MEDICAL DATABASES FOR VERIFICATION OF ELECTRONIC HEALTH RECORDS INFORMATION)

Application Date  29-Dec-2020

**USPTO REGISTERED TRADEMARKS**

| Serial Number | Reg. Number | Word Mark | Live/Dead | Class(es) |
|---|---|---|---|---|
| 97640708 | | CAREA | LIVE | 009; 038; 042; 044 |
| 87011327 | | CAREA | DEAD | 009; 038; 042; 044 |
| 86944275 | | H CONNECT | DEAD | 038 |
| 86868277 | | AIVA | DEAD | 038; 044 |
| 85797938 | 4468939 | DAVINCIAN TECHNOLOGIES | DEAD | 009; 042 |
| 85135320 | | ACTIONABLE INTELLIGENCE FOR THE SMARTER REVENUE CYCLE | DEAD | 009 |

**COPYRIGHTS**

No copyright registrations for either Davincian or Continuum Health Tech at the US Library of Congress.

However, it is important to note that everything created has copyrights that vest in the creator (or the creator's assignee) at the time of creation. Official registration is only required prior to filing a lawsuit for copyright infringement.

**Addendum 3**

| Domain Name | Expiration Date | Privacy | Lock |
|---|---|---|---|
| carea.agency | 10/26/2026 | On | Locked |
| carea.co | 3/12/2026 | On | Locked |
| carea.direct | 4/15/2026 | On | Locked |
| carea.health | 9/4/2025 | On | Locked |
| carea.healthcare | 9/4/2025 | On | Locked |
| carea.io | 10/26/2026 | On | Locked |
| carea.systems | 9/4/2025 | On | Locked |
| carea.technology | 9/4/2025 | On | Locked |
| carea.us | 9/4/2025 | - | Locked |
| careaclinic.com | 6/24/2025 | On | Locked |
| careacommunity.com | 6/24/2025 | On | Locked |
| careaconnect.com | 6/24/2025 | On | Locked |
| careadirect.com | 4/15/2026 | On | Locked |
| careahealthsolutions.com | 6/24/2025 | On | Locked |
| careahealthtech.com | 3/12/2026 | On | Locked |
| careahealthtechnologies.com | 6/24/2025 | On | Locked |
| careamd.com | 6/24/2025 | On | Locked |
| careamessenger.com | 6/24/2025 | On | Locked |
| carearcm.com | 3/12/2026 | On | Locked |
| careatech.com | 3/12/2026 | On | Locked |
| careatechnologies.com | 3/12/2026 | On | Locked |
| careatechnology.com | 3/12/2026 | On | Locked |
| chtportal.com | 11/29/2025 | On | Locked |
| cloudhealthtechnologies.com | 6/27/2025 | On | Locked |
| continuumhealthtech.com | 10/3/2025 | On | Locked |
| DAVINCIAN.COM | 10/17/2025 | On | Locked |
| DAVINCIANHEALTHCARE.COM | 3/26/2026 | On | Locked |
| DAVINCIANSUPPORT.COM | 6/6/2026 | On | Locked |
| davinciantech.com | 2/15/2026 | On | Locked |
| mycarea.com | 10/26/2026 | On | Locked |

Fill in this information to identify the case:

Debtor name __**DAV SUB, Inc.**_____

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Texas**____
                                                                                                    (State)

Case number (if known): ____**25-40968-elm11**____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1.    Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

**2.    List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1**  Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    _____

**Fill in this information to identify the case:**

Debtor name _____**DAV SUB, Inc.**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____**25-40968-elm11**_____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ <br><br> **Date or dates debt was incurred** <br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br> _____ <br> _____ <br><br> **Date or dates debt was incurred** <br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____ | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

| Debtor | DAV SUB, Inc. | Case number *(if known)* | 25-40968-elm11 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.2** Nonpriority creditor's name and mailing address

AWS

410 Terry Ave North

Seattle, WA 98109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **through 3/25**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0   0   0   0**

Amount of claim: **$21,568.10**

---

**3.4** Nonpriority creditor's name and mailing address

Cloud Healthcare Services, LLC

Attn: Dennis Hawk

3100 Donald Douglas Loop N. Suite 205

Santa Monica, CA 90405

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Amount of claim: **$2,463,320.00**

---

**3.5** Nonpriority creditor's name and mailing address

Fox Rothschild

10250 Constellation Blvd

Constellation Place 900

Los Angeles, CA 90067

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **2   2   6   3**

Amount of claim: **$260,021.66**

---

**3.6** Nonpriority creditor's name and mailing address

Garlington, Lohn & Robinson, PLLP

Attn: Accounting

PO Box 7909

Missoula, MT 59807

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    **9/24/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Amount of claim: **$1,968.00**

| Debtor | DAV SUB, Inc. | Case number *(if known)* | 25-40968-elm11 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

**Home Town Health**

**3280 Cherry Oak Ln**

**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **7/24/25**

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,010.18 |
|---|---|---|---|

**Inovalon**

**PO Box 856015**

**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **various**

Last 4 digits of account number **9 0 5 3**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Jennifer Sethre**

**c/o Austin Kaplan**

**2901 Bee Cave Rd Suite G**

**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $343.56 |
|---|---|---|---|

**NCC Group**

**600 Northwinds**

**11675 Rainwater Dr 260**

**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **8/15/2024**

Last 4 digits of account number **3 7 2 2**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **DAV SUB, Inc.** | Case number *(if known)* | **25-40968-elm11** |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> Additional Page</td></tr>
</table>

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,088.10 |
|---|---|---|---|
| | **PHI Software (Dell Chaakrapani)** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Houston, TX 77007** | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred     02/1-3/19/25 | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  __ __ __ __ | ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,726.67 |
|---|---|---|---|
| | **Silicon Valley Bank - Credit Card** | *Check all that apply.* | |
| | **3003 Tasman Dr.** | ☐ Contingent | |
| | **Santa Clara, CA 95054** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |
| | Date or dates debt was incurred     **various** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number  **7  4  8  2** | ☐ Yes | |

| Debtor | **DAV SUB, Inc.** | Case number *(if known)* | **25-40968-elm11** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

</div>

**5.**    Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$2,777,546.27** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,777,546.27** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DAV SUB, Inc.** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | **25-40968-elm11**    Chapter    **11** |

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Healthcare software** | **Inovalon Order Form** |
| | | | **PO Box 856015** |
| | State the term remaining | **12 months** | **Minneapolis, MN 55485** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Various customer contracts** | **Various customer contracts** |
| | State the term remaining | **0 months** | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **DAV SUB, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | **25-40968-elm11** |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                              12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City___ State___ ZIP Code___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City___ State___ ZIP Code___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City___ State___ ZIP Code___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City___ State___ ZIP Code___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor  **DAV SUB, Inc.**                                                Case number (if known)  **25-40968-elm11**
Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |
| 2.6 | _____ | | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City        State        ZIP Code | | |

Official Form 206H                  Schedule H: Codebtors                  page **2** of **2**

---

**Fill in this information to identify the case:**

Debtor name _____**DAV SUB, Inc.**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): ____**25-40968-elm11**____    Chapter __**11**__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*............................................................................................................... | **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*............................................................................................................. | **$270,000.65**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*............................................................................................................... | **$270,000.65**

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................... | **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................................... | **+     $2,777,546.27**

4. **Total liabilities**.................................................................................................................................... | **$2,777,546.27**

   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
| --- |

Debtor name **DAV SUB, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): **25-40968-elm11**

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/23/2025**
MM/ DD/ YYYY

X **/s/ Sanjeev Kaila**
Signature of individual signing on behalf of debtor

**Sanjeev Kaila**
Printed name

**Executive Chairman & CEO**
Position or relationship to debtor